

February 20, 2010

FILED
MAR - 1 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE
UNITED STATES TRUSTEE
SACRAMENTO, CA
2010 FEB 25 P 12: 22

US Bankruptcy Court
501 "I" Street
Suite 3-200
Sacramento, CA 95814

Case No. 09-37310-C-7
Docket Control No. MHK-10

From: Larry Chernin

On June 22, 2009 I was contacted by Antonette Stein an attorney at Hackard and Holt who advised me that my lawsuit was being settled for $540,000.00, Ms. Stein again contacted me on June 22, 2009 to advise that the settlement would be forthcoming, I have attached copies of my phone bill with her number and date and time of her phone calls to me.

I made financial decisions based on Ms. Stein's conversations and assurances that the proceeds were forthcoming. The use of this drug has adversely affected my health, quality of life and more than likely has shortened my life. So, have I been wronged twice? The first time by American Home Products and now by Hackard and Holt. My attempts to contact Ms. Stein have been unsuccessful. .

Did Hackard and Holt take my settlement proceeds?

I would appreciate any assistance you can provide in recovering my settlement proceeds.

Sincerely,

Larry Chernin
12223 Highland Avenue #513
Rancho Cucamonga, CA 91739

714-814-1938

McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
DOUGLAS C. GRAHAM (CSBN 216870)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for MICHAEL HACKARD,
Interested Party


JULIA P. GIBBS, (CSBN 102072)
LAW OFFICES OF JULIA P. GIBBS
1329 Howe Avenue, Suite 205
Sacramento, CA 95825
Telephone: (916) 646-2800
Facsimile: (916) 929-1158
judy@gibbslegal.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>HACKARD AND HOLT,<br><br>Debtor. | Case No. 09-37310-C-7<br><br>DC No. MLG-1<br><br>Chapter 7<br><br>Date: March 9, 2009<br>Time: 9:30 a.m.<br>Judge: Hon. Christopher M. Klein<br>Place: Dept. C, Courtroom 35<br>501 I Street, 6th Floor<br>Sacramento, CA 95814 |

### NOTICE OF HEARING ON MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON ASSETS

PLEASE TAKE NOTICE that Michael A. Hackard, an interested party, and Debtor Hackard & Holt (collectively "Moving Parties") have filed with the Court their Motion for Order Compelling Trustee to Abandon Assets. The Motion seeks to compel the Trustee to abandon Debtor's attorney trust account, in which the bankruptcy estate only holds bare legal title, so that Moving Parties may deliver the funds in the Trust Account to the persons and entities entitled thereto. The Motion also seeks to compel the Trustee to abandon 19 clients to Debtor so that Debtor may disengage from representation of those clients. None of those clients, nor their actual or prospective cases, have any value to the estate or Debtor.

ANTHONY ASEBEDO (State Bar No. 155105)
MEEGAN, HANSCHU & KASSENBROCK
Attorneys at Law
11341 Gold Express Drive, Suite 110
Gold River, CA 95670
Telephone: (916) 925-1800
Facsimile: (916) 925-1265

Attorneys for Susan K. Smith, trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

In re:

HACKARD & HOLT,

TIN 68-0306148
3001 I St., #200
Sacramento, CA 95816

Debtor.

Case No. 09-37310-C-7
Docket Control No. MHK-10

DATE: March 9, 2010
TIME: 9:30 a.m.
DEPT: C (Courtroom 35)
Hon. Christopher M. Klein

## NOTICE OF HEARING ON TRUSTEE'S MOTION TO LIMIT NOTICE

PLEASE TAKE NOTICE that Susan K. Smith (the "Trustee"), as trustee of the above-captioned chapter 7 estate, has filed a Motion to Limit Notice (the "Motion") with the court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

By the Motion, the Trustee seeks an order that limits notice of future proceedings in the debtor's chapter 7 case. The Trustee has requested that after the March 3, 2010 bar date for the filing of proofs of claims in the above-captioned bankruptcy case runs, notice of those proceedings described in Federal Rule of Bankruptcy Procedure 2002(a) and notice of those proceedings which otherwise would be due to all creditors shall be limited to the Trustee, the United States Trustee, those creditors and parties in interest that have filed and served on the Trustee requests for notice, and those creditors that have filed proofs of claim in the chapter 7 case as of the March 3, 2010 bar date.

The notices subject to the order requested by the Trustee would include notices under Rule 9019(a) (motions to approve compromises), Rule 6004 (sales of property), and 6007 (abandonment of property). Rule 2002(a) provides among other things for notice of motions to use or sell property, notice of requests for approval of compensation to professionals employed by the estate, and notice of motions to approve compromises. The Trustee asserts that the proposed limitation on notices

1

aa:MHK-10 limit notice noh

---

would result in substantial savings in administrative costs, where the list of creditors currently includes approximately 2,400 parties, most of whom are current or former clients of the debtor who likely have no significant interest in the debtor's case.

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then:

    a.    On or before February 23, 2010, you or your attorney (hereinafter "you") must file with the United States Bankruptcy Court, at 501 "I" Street, Suite 3-200, Sacramento, California 95814, a written response to the Motion, explaining your position, along with any written evidence. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    b.    On or before February 23, 2010, you must mail a copy of the written response and any supporting evidence by first-class mail to:

        (1) Meegan, Hanschu & Kassenbrock, 11341 Gold Express Drive, Suite 110, Gold River, California 95670;

        (2) Office of the U.S. Trustee, 501 "I" Street, Suite 7-500, Sacramento, California 95814;

        (3) Other parties may be entitled to service based on a request for such filed with the court.

    c.    You must attend the hearing scheduled to be held on March 9, 2010 at 9:30 a.m. in Department "C," United States Bankruptcy Court, 501 "I" Street, Courtroom 35 (6th Floor), Sacramento, California 95814. The court permits telephone appearances, and in order to appear by phone you must contact Court Conference at (866) 582-6878, and you should do so not later than twenty-four hours before the hearing. Court Conference charges a fee for telephone appearances.

If you do not take these steps, the court may decide that you do not oppose the relief requested. Specifically, failure to file timely opposition may be deemed a waiver of any opposition to the granting of the Motion or may result in the imposition of sanctions. The court may also strike written opposition that is untimely.

Not all information regarding the Motion or the above-captioned bankruptcy case is set forth in this notice, and interested parties are advised to review the court's file at 501 "I" Street, Suite 3-200, Sacramento, California 95814. Further information is also available at the court's website, www.caeb.uscourts.gov. Copies of the Motion, supporting declaration, and points and authorities, if any, may be obtained by contacting the undersigned.

Dated: 02.03.10        MEEGAN, HANSCHU & KASSENBROCK

        By: /s/ Anthony Asebedo
           Anthony Asebedo
           Attorneys for the Trustee

2

aa:MHK-10 limit notice noh

1       A hearing on the Motion has been scheduled for 9:30 a.m. on March 9, 2010, or as soon thereafter as the matter may be heard, before the Honorable Christopher M. Klein, Chief
2 Bankruptcy Judge, in his courtroom at the United States Bankruptcy Court, 501 I Street, 6th Floor, Courtroom 35, Sacramento, CA 95814. Any party wishing to oppose the Motion must do the
3 following three things, either personally or through their attorney:

4       1. No later than February 23, 2010, prepare and file with the Clerk of the Bankruptcy Court a written opposition to the Motion. If the opposition is mailed to the Clerk, it must arrive at the
5 Clerk's office no later than February 23, 2010.

6       2. No later than February 23, 2010, serve, by mail or email, copies of the opposition on the following parties:

7

8     Douglas Graham, Esq.                           Julia P. Gibbs, Esq.
    McNutt Law Group, LLC                     Law Offices of Julia P. Gibbs
9     188 The Embarcadero, Suite 800           1329 Howe Avenue, Suite 205
    San Francisco, CA 94105                    Sacramento, CA 95825
10    dgraham@ml-sf.com                            judy@gibbslegal.com

11    Anthony Asebedo, Esq.                       United States Trustee
    Meegan, Hanschu & Kassenbrock          501 I Street, Suite 7-500
12    11341 Gold Express Drive, Ste 110        Sacramento, CA 95814
    Rancho Cordova, CA 95670                  ustpregion17.sc.ecf@usdoj.gov
13    aasebedo@mhksacto.com

14
15       3. Attend the hearing on March 9, 2010, either personally or through an attorney. Appearances may be made by telephone by contacting Court Conference at least 24 hours prior to
16 the hearing at 866-582-6878. Failure to attend the hearing and argue any opposition may result in the Court granting the Motion without considering opposing views.

17 Dated: February 3, 2010             McNUTT LAW GROUP LLP

18

19                                       By: _____/s/ Douglas C. Graham_____
20                                              Douglas C. Graham
                               Attorneys for MICHAEL HACKARD,
21                              Interested Party

22 Dated: February 3, 2010             LAW OFFICES OF JULIA P. GIBBS

23

24                                       By: _____/s/ Julia P. Gibbs_____
25                                             Julia P. Gibbs
                             Attorney for Debtor

26

27         Mike 916-313-3031
28         Hackard

                                            2      NOTICE OF HEARING ON MOTION FOR ORDER

## Detail for Larry Chernin: 714-814-1938
## Voice

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/22 | 10:43A | 407-812-7977 | Peak | PlanAllow | Kissimmee FL | Orlando FL | 14 | -- | -- | -- |
| 6/22 | 12:49P | 909-240-4741 | Peak | M2MAllow | Lake Buena FL | Ontario CA | 1 | -- | -- | -- |
| 6/22 | 12:50P | 909-240-4741 | Peak | M2MAllow | Lake Buena FL | Incoming CL | 1 | -- | -- | -- |
| 6/22 | 12:54P | 559-434-0343 | Peak | PlanAllow | Lake Buena FL | Fresno CA | 1 | -- | -- | -- |
| 6/22 | 12:55P | 559-284-3557 | Peak | M2MAllow | Lake Buena FL | Fresno CA | 2 | -- | -- | -- |
| 6/22 | 1:11P | 000-000-0086 | Peak | PlanAllow,CallVM | Lake Buena FL | Voice Mail CL | 2 | -- | -- | -- |
| 6/22 | 1:15P | 000-000-0086 | Peak | PlanAllow,CallVM | Lake Buena FL | Voice Mail CL | 2 | -- | -- | -- |
| 6/22 | 1:18P | 760-927-0252 | Peak | M2MAllow | Lake Buena FL | Incoming CL | 1 | -- | -- | -- |
| 6/22 | 5:21P | 000-000-0086 | Peak | PlanAllow,CallVM | Lake Buena FL | Voice Mail CL | 1 | -- | -- | -- |
| 6/22 | 5:26P | 314-298-3331 | Peak | PlanAllow | Lake Buena FL | Bridgeton MO | 2 | -- | -- | -- |
| 6/22 | 7:36P | 800-382-6672 | Peak | PlanAllow | Lake Buena FL | Toll-Free CL | 1 | -- | -- | -- |
| 6/22 | 7:37P | 000-000-0086 | Peak | PlanAllow,CallVM | Lake Buena FL | Voice Mail CL | 3 | -- | -- | -- |
| 6/22 | 8:43P | 909-240-4741 | Peak | M2MAllow | Lake Buena FL | Incoming CL | 1 | -- | -- | -- |
| 6/22 | 8:44P | 909-240-4741 | Peak | M2MAllow | Lake Buena FL | Incoming CL | 1 | -- | -- | -- |
| 6/22 | 8:51P | 909-240-4741 | Peak | M2MAllow | Lake Buena FL | Ontario CA | 2 | -- | -- | -- |
| 6/22 | 9:05P | 760-927-0252 | Off-Peak | M2MAllow | Lake Buena FL | Victorvl CA | 1 | -- | -- | -- |
| 6/23 | 10:44A | 760-927-0252 | Peak | M2MAllow | Winter Gar FL | Victorvl CA | 1 | -- | -- | -- |
| 6/23 | 10:45A | 951-217-9117 | Peak | M2MAllow | Winter Gar FL | Riverside CA | 2 | -- | -- | -- |
| 6/23 | 10:46A | 909-240-4741 | Peak | M2MAllow | Winter Gar FL | Incoming CL | 1 | -- | -- | -- |
| 6/23 | 4:03P | 760-927-0252 | Peak | M2MAllow | Lake Buena FL | Incoming CL | 1 | -- | -- | -- |
| 6/23 | 4:17P | 407-620-4294 | Peak | PlanAllow | Lake Buena FL | Incoming CL | 2 | -- | -- | -- |
| 6/23 | 5:52P | 281-580-1800 | Peak | PlanAllow | Lake Buena FL | Incoming CL | 2 | -- | -- | -- |
| 6/23 | 7:22P | 909-240-4741 | Peak | M2MAllow | Lake Buena FL | Ontario CA | 1 | -- | -- | -- |
| 6/23 | 8:37P | 909-240-4741 | Peak | M2MAllow | Kissimmee FL | Ontario CA | 1 | -- | -- | -- |
| 6/23 | 8:39P | 909-240-4741 | Peak | M2MAllow | Lake Buena FL | Incoming CL | 1 | -- | -- | -- |
| 6/23 | 8:40P | 909-240-4741 | Peak | M2MAllow | Winter Gar FL | Incoming CL | 1 | -- | -- | -- |
| 6/23 | 8:40P | 909-240-4741 | Peak | M2MAllow | Winter Gar FL | Incoming CL | 1 | -- | -- | -- |
| 6/24 | 6:14A | 909-240-4741 | Peak | M2MAllow | Orlando FL | Incoming CL | 1 | -- | -- | -- |
| 6/24 | 8:07A | 800-382-6672 | Peak | PlanAllow | Orlando FL | Toll-Free CL | 1 | -- | -- | -- |
| 6/24 | 8:08A | 000-000-0086 | Peak | PlanAllow,CallVM | Orlando FL | Voice Mail CL | 1 | -- | -- | -- |
| 6/24 | 9:20A | 951-217-4356 | Peak | M2MAllow | Orlando FL | Riverside CA | 3 | -- | -- | -- |
| 6/24 | 9:38A | 951-217-4356 | Peak | M2MAllow | Lake Buena FL | Incoming CL | 1 | -- | -- | -- |
| 6/24 | 12:26P | 909-240-4741 | Peak | M2MAllow | Kissimmee FL | Incoming CL | 1 | -- | -- | -- |
| 6/24 | 3:16P | 909-240-4741 | Peak | M2MAllow | Orlando FL | Ontario CA | 1 | -- | -- | -- |
| 6/24 | 7:40P | 951-217-4356 | Peak | M2MAllow | Lake Buena FL | Incoming CL | 1 | -- | -- | -- |
| 6/25 | 12:10P | 000-000-0086 | Peak | PlanAllow,CallVM | Winter Gar FL | Voice Mail CL | 2 | -- | -- | -- |
| 6/25 | 12:12P | 888-452-5805 | Peak | PlanAllow | Winter Gar FL | Toll-Free CL | 2 | -- | -- | -- |
| 6/25 | 12:28P | 909-944-3402 | Peak | PlanAllow | Kissimmee FL | Incoming CL | 1 | -- | -- | -- |
| 6/25 | 4:54P | 951-217-9117 | Peak | M2MAllow | Lake Buena FL | Incoming CL | 1 | -- | -- | -- |
| 6/25 | 4:57P | 951-217-9117 | Peak | M2MAllow | Lake Buena FL | Incoming CL | 2 | -- | -- | -- |
| 6/25 | 7:33P | 916-853-3000 | Peak | PlanAllow | Kissimmee FL | Incoming CL | 6 | -- | -- | -- |
| 6/25 | 7:40P | 916-853-3000 | Peak | PlanAllow | Kissimmee FL | Incoming CL | 8 | -- | -- | -- |
| 6/25 | 9:48P | 949-752-5900 | Off-Peak | N&W | Winter Gar FL | Incoming CL | 2 | -- | -- | -- |
| 6/26 | 3:23P | 800-382-6672 | Peak | PlanAllow | Miami Beac FL | Toll-Free CL | 1 | -- | -- | -- |
| 6/26 | 6:13P | 206-762-1600 | Peak | PlanAllow | Boca Raton FL | Seattle WA | 2 | -- | -- | -- |